IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GREGORY GAINES,
        Petitioner,
   v.                             **Judgment in a Civil Case**
UNITED STATES OF AMERICA; SARAH
REVELL,
        Respondents.                Case Number: 5:12-HC-2154-D

GREGORY GAINES,
        Petitioner,
   v.                             **Judgment in a Civil Case**
UNITED STATES OF AMERICA; SARAH
REVELL,
        Respondents.                Case Number: 5:12-HC-2162-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that these actions are hereby dismissed.

This Judgment Filed and Entered on July 20, 2012, with service on:
 Gregory Gaines  43326-018, Butner - F.M.C., P.O. Box 1600, Butner, NC 27509 (via U.S. Mail)


July 20, 2012                                      /s/ Julie A. Richards
                                                      Clerk